No. 633. FRED W. WEITZEL *v.* UNITED STATES. Error to the District Court of the United States for the Eastern District of Kentucky. Motion to dismiss or affirm submitted May 3, 1920. Decided May 17, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Equitable Life Assurance Society* v. *Brown,* 187 U. S.

308, 314; *Consolidated Turnpike Co. v. Norfolk, etc., Ry. Co.*, 228 U. S. 596, 600; *Pennsylvania Hospital v. Philadelphia*, 245 U. S. 20, 24. (2) *Lamar v. United States*, 240 U. S. 60; *Lamar v. United States*, 241 U. S. 103. *Mr. A. E. Stricklett* for plaintiff in error. *The Solicitor General* for the United States.